IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

**WRIT OF EXECUTION**

**TO THE UNITED STATES MARSHAL for the Western District of Tennessee:**

You are hereby commanded to take from the property of:

**Wooten Mechanical, LLC**
(Judgment Debtor)

Including the property listed below, the sum of:

**$227,047.43**
(Enter Balance of Judgment corresponding to last line in Application for Writ of Execution)

to satisfy a judgment obtained by the judgment creditor in the United States District Court for the __Western__ District of __Tennessee__, and also the costs that may accrue under this writ.

You are further commanded to pay such monies, when collected, into this Court and you shall make return as to how you have executed this writ within the time allowed by law.

Description of Property:

**Airfield Etc., Inc.**

**3629 Prescott Road, Memphis, TN 38118**

**any monies owed to judgment debtor for work performed**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
167 N. MAIN, STE 242
MEMPHIS, TN 38103

s/Willie Nabors
Deputy Clerk

Date Issued: 15 August 2016

FORM 2